UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Gloria Edin,<br><br>Plaintiff,<br><br>v.<br><br>Todd County, City of Long Prairie, Charles Reichert, in his individual and official capacity, David G. Kircher, in his individual and official capacity, Steven T. Neet, in his individual and official capacity, and John Doe #1, in his individual and official capacity,<br><br>Defendants. | Court File No. 02-296 DWF/RLE<br><br>**STIPULATION AND DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that Plaintiff's Complaint in the above-entitled action may be dismissed with prejudice against Defendants Charles Reichert, David G. Kircher, and Steven T. Neet pursuant to Fed. R. Civ. P. 41(a), and that the Court may enter and file the following Order.

Dated: 6/10/02, 2002.

**GREENE ESPEL, P.L.L.P.**

By [signature]
Clifford M. Greene, Reg. No. 37436
Pamela L. VanderWiel Reg. No. 305960
333 South Seventh Street, Suite 1700
Minneapolis, MN 55402
(612) 373-0830

Attorneys for Defendant Steven T. Neet

JUN 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUN 11 2002
DEPUTY CLERK

Dated: 5-20, 2002.

**PEMBERTON, SORLIE, RUFER & KERSHNER, P.L.L.P.**

By ____________________
Michael T. Rengel, Reg. No. 169432
110 North Mill Street
Fergus Falls, MN 56537
(218) 736-5493

Attorneys for Defendant David G. Kircher

Dated: 5/29, 2002.

**QUINLIVAN & HUGHES, P.A.**

By ____________________
Dyan J. Ebert, Reg. No. , Reg. No. 0237966
Suite 600, 400 South First Street
St. Cloud, MN 56301
(320) 251-1414

Attorneys for Defendant Charles Reichert

Dated: May 17, 2002.

**ANGUIZOLA, DORNBOS & SHULMAN, P.L.L.C.**

By ____________________
David Shulman, Reg. No. 260721
Roberto Anguizola, Reg. No. 301115
1005 W. Franklin Ave., Suite 3
Minneapolis, MN 55405
(612) 870-7410

Attorneys for Gloria Edin

# ORDER

**BASED UPON THE FOREGOING STIPULATION,**

**IT IS HEREBY ORDERED** that Plaintiff's Complaint in the above-entitled action be and hereby is dismissed with prejudice against Defendants Charles Reichert, David G. Kircher, and Steven T. Neet, and that judgment be entered without further costs, disbursements, or attorney's fees to any party.

**IT IS FURTHER ORDERED** that the Clerk shall enter this dismissal accordingly.

Dated: 6-11, 2002.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

By ______________________
Judge Donovan W. Frank

## Featured Speakers Include:

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court**
**District of Minnesota**

Judge Robert J. Kressel

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minnespolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*****; Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ____________________
Firm/Employer ____________________
Address ____________________
____________________
Phone ____________________
E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building