UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Gloria Edin,

Plaintiff,

v.

Todd County, City of Long Prairie, Charles Reichert, in his individual and official capacity, David G. Kircher, in his individual and official capacity, Steven T. Neet, in his individual and official capacity, and John Doe #1, in his individual and official capacity,

Defendants.

Court File No. 02-296 DWF/RLE

**STIPULATION AND DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that Plaintiff's Complaint in the above-entitled action may be dismissed with prejudice against Defendants Todd County and City of Long Prairie pursuant to Fed. R. Civ. P. 41(a), and that the Court may enter and file the following Order.

Dated: 6/11, 2002.

**GREENE ESPEL, P.L.L.P.**

By Pam VanderWiel

Clifford M. Greene, Reg. No. 37436
Pamela L. VanderWiel Reg. No. 305960
333 South Seventh Street, Suite 1700
Minneapolis, MN 55402
(612) 373-0830

Attorneys for Defendant City of Long Prairie

FILED JUL 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 10 2002
DEPUTY CLERK

Dated: 5-20, 2002.

**PEMBERTON, SORLIE, RUFER & KERSHNER, P.L.L.P.**

By ______________________

Michael T. Rengel, Reg. No. 169432
110 North Mill Street
Fergus Falls, MN 56537
(218) 736-5493

Attorneys for Defendant Todd County

Dated: May 17, 2002.

**ANGUIZOLA, DORNBOS & SHULMAN, P.L.L.C.**

By ______________________

David Shulman, Reg. No. 260721
Roberto Anguizola, Reg. No. 301115
1005 W. Franklin Ave., Suite 3
Minneapolis, MN 55405
(612) 870-7410

Attorneys for Gloria Edin

**ORDER**

**BASED UPON THE FOREGOING STIPULATION,**

The settlement agreement and release of all claims submitted by the parties **IS HEREBY APPROVED,** pursuant to Minn. Stat. § 466.08.

**IT IS HEREBY ORDERED** that Plaintiff's Complaint in the above-entitled action be and hereby is dismissed with prejudice against Defendants Todd County and City of Long Prairie, and that judgment be entered without further costs, disbursements, or attorney's fees to any party.

**IT IS FURTHER ORDERED** that the Clerk shall enter this dismissal accordingly.

Dated: 7/10, 2002.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

By ______________________
Judge Donovan W. Frank